427 A.2d 261

Commonwealth v. Washington, Appellant.

Submitted December 6, 1979. Lenora M. Smith, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.

WICKERSHAM and ROBERTS, JJ., concurred in the result.